United States District Court
Southern District of Texas
**ENTERED**
October 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD SPENCE | § § § | |
| V. | § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § § § | NO. 3:22-cv-51 |

## **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff and the defendant have filed a joint stipulation of dismissal with prejudice. Dkt. 15. Accordingly, the court orders that the plaintiff's claims against the defendant are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on the 27th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE